IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FREDERICK BANKS, an American Indian, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY PIVNICHNY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:17cv487-MHT<br>(WO) |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a federal pretrial inmate, filed this lawsuit alleging that the numerous defendants named in his complaint violated his right to due process and the "bad men" clause under the Sioux Treaty of Fort Laramie. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2017.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**